| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Aron Stark<br>Aron Stark, Attorney at Law<br>444 West Ocean Blvd.<br>Suite 800<br>Long Beach, CA 90802<br>562-495-7906 Fax: 562-495-7907<br>California State Bar Number: 231840<br>☒ Attorney for Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER 8:09-bk-12856 |
|---|---|
| In re<br><br>Christopher Joshua Sideris<br>Christy Gloria Clemens<br><br>Debtor(s). | DECLARATION SETTING FORTH POST PETITION, PRECONFIRMATION PAYMENTS ON:<br>1. LEASES OF PERSONAL PROPERTY;<br>2. PURCHASE MONEY SECURITY LIENS IN PERSONAL PROPERTY |

I, **Christopher Joshua Sideris & Christy Gloria Clemens** (Debtor's name), hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on **March 31, 2009**.

2. PERSONAL PROPERTY LEASES [1]

   A. I am the obligor (Lessee) on lease(s) of personal property as set forth below.

| Property Description [2] | Lessor's Name | Acct. No. (last 4 digits) | Due Date [3] | Date Late | Payment Amount |
|---|---|---|---|---|---|
| 2005 Toyota Sequoia | Wells Fargo | 0001 | 26th of each month | 10 days after Due Date | 656.04 |
| 2007 Toyota Camry | Toyota Financial | 4157 | 28th of each month | 10 days after Due Date | 536.33 |

---

[1] Attach additional pages as necessary.

[2] Include make, model, and year as applicable.

[3] "Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2005                                                                                  F 3015-1.10
Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037         Best Case Bankruptcy

F 3015-1.10

Declaration Setting Forth Post Petition, Preconfirmation Payments On:
Leases of Personal Property; Purchase Money Security Liens in Personal Property
Page 2 of 3

| In re Christopher Joshua Sideris Christy Gloria Clemens Debtor(s). | CHAPTER 13 CASE NUMBER 8:09-bk-12856 |
|---|---|

B. The following are the post-petition payments[4] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[5] to the appropriate Lessor as required pursuant to 11 U.S.C. § 1326(a)(1)(B).

| Lessor | Payment Amount | Due Date | Date Tendered | Method of Delivery |
|---|---|---|---|---|
| Wells Fargo | 665.00 | April 26, 2009 | April 30, 2009 | Electronic internet payment |
| Toyota Financial | 536.33 | April 28, 2009 | April 27, 2009 | USPS 1st Class Mail |

3. PURCHASE MONEY SECURITY CONTRACTS FOR PERSONAL PROPERTY

A. I am the obligor on a contract for the sale of personal property subject to a purchase money security interest as set forth below.

| Property Description | Creditor's Name | Acct. No. (last 4 digits) | Due Date | Date Late | Payment Amount |
|---|---|---|---|---|---|
| N/A | | | | | |
| | | | | | |

---

[4] Post petition payments are payments that first become due after the bankruptcy filing date.

[5] A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of Certificates of Mailing must be attached. If Payments were not mailed, Debtor must state how the Payments were delivered to the Lessor/Creditor and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the Lessor/Creditor's representative, acknowledging receipt of the Payment(s), would provide such proof.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2005    F 3015-1.10

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

F 3015-1.10

Declaration Setting Forth Post Petition, Preconfirmation Payments On:
Leases of Personal Property; Purchase Money Security Liens in Personal Property
Page 3 of 3

| In re **Christopher Joshua Sideris Christy Gloria Clemens** Debtor(s). | CHAPTER 13 CASE NUMBER **8:09-bk-12856** |
|---|---|

B.   The following are the post-petition Payments up to the date of plan confirmation that I have caused to be mailed/delivered to the appropriate Creditor pursuant to 11 U.S.C. § 1326(a)(1)(C).

| Creditor | Payment Amount | Due Date | Date Tendered | Method of Delivery |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |

4.   The Payments set forth above were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

5.   Attached to this declaration are copies of the:

 __ cashier's checks      __ money orders      __ certified funds, or

 _X_ other proof of the Payments described in Paragraphs 2B and 3B above.

6.   Also attached to this declaration are copies of the:

 __ U.S. Post Office Certificate(s) of Mailing, stamped by a U.S. Postal Service employee.

 __ acknowledgement(s) signed by the Lessor/Creditor's representative, or

 _X_ other documents that prove delivery of the Payments described in Paragraphs 2B and 3B above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/4/09

_____
Christopher Joshua Sideris
*Debtor*

Dated: 5-4-09

_____
Christy Gloria Clemens
*Joint Debtor*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2005                                                                                           F 3015-1.10

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

TOYOTA SEQUOIA




Chris J Sideris ■■■■■■■■■  Account Number: **********7180001

View Online Payment History

You have made the following payment transactions in the last 24 months.

## Online Payment History

| Date/Time Created** | Payment Date | Confirmation Number | Account Number | Payment Amount | Status | Action |
|---|---|---|---|---|---|---|
| 06/30/2006 09:35:38 | 06/30/2006 | 100638524 | **********7180001 | $650.00 | Sent | |
| 09/29/2006 09:43:19 | 09/29/2006 | 101036320 | **********7180001 | $650.00 | Sent | |
| 10/31/2006 11:39:58 | 10/31/2006 | 101197122 | **********7180001 | $650.00 | Sent | |
| 01/02/2007 10:23:41 | 01/02/2007 | 101158743 | **********7180001 | $650.00 | Sent | |
| 01/29/2007 00:30:58 | 01/29/2007 | 101434659 | **********7180001 | $650.00 | Sent | |
| 03/01/2007 00:42:20 | 03/01/2007 | 101563634 | **********7180001 | $650.00 | Sent | |
| 03/30/2007 02:41:21 | 03/30/2007 | 101867956 | **********7180001 | $650.00 | Sent | |
| 04/30/2007 09:15:14 | 04/30/2007 | 102160182 | **********7180001 | $650.00 | Sent | |
| 06/01/2007 02:50:59 | 06/01/2007 | 102471828 | **********7180001 | $650.00 | Sent | |
| 06/29/2007 10:06:10 | 06/29/2007 | 102736082 | **********7180001 | $650.00 | Sent | |
| 07/31/2007 03:13:33 | 07/31/2007 | 103050758 | **********7180001 | $650.00 | Sent | |
| 08/31/2007 02:29:58 | 08/31/2007 | 103360574 | **********7180001 | $650.00 | Sent | |
| 10/01/2007 02:22:12 | 10/01/2007 | 103676398 | **********7180001 | $650.00 | Sent | |
| 10/31/2007 02:17:23 | 10/31/2007 | 104002296 | **********7180001 | $650.00 | Sent | |
| 11/30/2007 01:50:27 | 11/30/2007 | 104345276 | **********7180001 | $650.00 | Sent | |
| 02/29/2008 09:28:47 | 02/29/2008 | 105513132 | **********7180001 | $685.00 | Sent | |

Payments
Make A Payment
View Payment History
Account Numbers
Select Account Number
Add Account Number
User Profile
Change Password

Update Your Profile
Maintain Payment Methods
Site Options
Contact Us
FAQs Sign Out

| | | | | | |
|---|---|---|---|---|---|
| 03/31/2008 08:00:36 | 03/31/2008 | 105995524 | **********7180001 | $650.00 | Sent |
| 04/30/2008 08:25:31 | 04/30/2008 | 106497956 | **********7180001 | $650.00 | Sent |
| 06/02/2008 08:46:57 | 06/02/2008 | 107056722 | **********7180001 | $250.00 | Sent |
| 06/30/2008 08:53:57 | 06/30/2008 | 107521622 | **********7180001 | $1085.00 | Sent |
| 07/31/2008 08:52:27 | 07/31/2008 | 108034814 | **********7180001 | $650.00 | Sent |
| 08/29/2008 03:46:13 | 08/29/2008 | 108509306 | **********7180001 | $650.00 | Sent |
| 09/30/2008 08:59:03 | 09/30/2008 | 108989790 | **********7180001 | $650.00 | Sent |
| 10/31/2008 09:11:08 | 10/31/2008 | 109477780 | **********7180001 | $650.00 | Sent |
| 11/26/2008 09:29:59 | 11/26/2008 | 109903048 | **********7180001 | $650.00 | Sent |
| 12/31/2008 07:33:06 | 12/31/2008 | 110423524 | **********7180001 | $650.00 | Sent |
| 01/30/2009 09:00:08 | 01/30/2009 | 110911232 | **********7180001 | $650.00 | Sent |
| 02/27/2009 09:55:07 | 02/27/2009 | 111401572 | **********7180001 | $650.00 | Sent |
| 03/31/2009 10:09:28 | 03/31/2009 | 111926282 | **********7180001 | $650.00 | Sent |
| 04/30/2009 08:55:30 | 04/30/2009 | 112397600 | **********7180001 | $665.00 | Sent |

Note: Other types of payments you make (such as making a check payment) will not appear on the payment history screen.

**All Times are Pacific

© 2005 Wells Far
Privacy Poli

PAYMENTS MADE ELECTRONICALLY

*TOYOTA CAMRY*

```
LM033-4                    TMCC VEHICLE LEASING PROGRAM             13:20:20
05/04/09                         LEASE INQUIRY                      05/04/09

REGION  01 TMCC LEASE REGION 01    BRANCH  0712 SAN DIEGO, CA         STATE  CA

LEASE NBR.  84157      TOTAL RENT     536.33     FIRST PAYMENT DATE  06-20-06
                                   LEASE PMTS   LATE CHARGE  MISC/TERM   PREPAID
TRANS DT   EFF DT   JT  DOC NBR   RECEIVABLE   RECEIVABLE   RECEIVABLE   AMOUNT
* 05-01-09             CR  LBX2        536.33-
  04-28-09             LG  84157       536.33
  04-02-09             CR  EPAY        531.40-
  03-30-09             LG  84157       531.40
  03-02-09  03-01-09   CR  EPAY        531.40-
  02-28-09             LG  84157       531.40
  02-02-09  02-01-09   CR  EPAY        531.40-
  01-28-09             LG  84157       531.40
  01-02-09             CR  EPAY        531.40-
  12-29-08             LG  84157       531.40
  11-30-08             LG  84157       531.40
  11-30-08  11-28-08   CR  EPAY        529.29-
** ACCOUNT TOTALS **
SEARCH DATE (MM/DD/YY)  00 / 00 / 00
PF3 1ST PG  PF5 PREV PG  PF6 NEXT PG  PF7 NEW INQ  PF10 1ST SCRN  PF11 2ND SCRN
```

*Payments made indicated by (-)*

| In re:<br>**Christopher Joshua Sideris**<br>**Christy Gloria Clemens**<br>Debtor(s). | CHAPTER: **13**<br>CASE NUMBER: **8:09-bk-12856** |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

444 W. Ocean Blvd., Suite 800
Long Beach, CA 90802

The foregoing document described **Declaration Setting Forth Post Petition, Preconfirmation Payments on: 1. Leases of Personal Property; 2. Purchase Money Security Liens in Personal Property** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **3/31/2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Aron Stark: info@pacifictaxresolution.com

Amrane Cohen: efile@ch13ac.com

US Trustee (SA): ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **3/31/2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Robert Kwan
US Bankruptcy Court
Ronald Reagan Federal Building
411 W. Fourth Street, Suite 5165
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **May 5, 2009** | **Jennifer Rodden** | **/s/ Jennifer Rodden** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

**F 9013-3.1**
Best Case Bankruptcy