| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Aron Stark<br>Aron Stark, Attorney at Law<br>444 West Ocean Blvd.<br>Suite 800<br>Long Beach, CA 90802<br>562-495-7906 Fax: 562-495-7907<br>California State Bar Number: 231840<br>☒ Attorney for Debtor<br>☐ Pro Se Debtor | |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER 8:09-bk-12856 |
| In re<br><br>Christopher Joshua Sideris<br>Christy Gloria Clemens<br><br>Debtor(s). | DECLARATION RE PAYMENT OF DOMESTIC SUPPORT OBLIGATIONS[1] (PRECONFIRMATION)<br>Confirmation Hearing set for: 6/10/09<br>TIME: 01:30 PM |

In a joint case, each debtor must file a separate form. This declaration must be filed with the court and served on the Chapter 13 trustee not later than 10 days before the meeting of creditors pursuant to 11 U.S.C. § 341(a). Further declarations on the status of the Debtor's domestic support obligations must be filed on or before the date of <u>each hearing</u> on confirmation of the Debtor's plan. Check the appropriate boxes.

I, __Christopher Joshua Sideris__ (Debtor's name), hereby declare:

☐ As of the date of this declaration, I have paid all amounts that are required to be paid under a domestic support obligation that first became payable after the date of the filing of the petition.

☐ No domestic support obligations will come due between the date of this declaration and the date set for hearing on confirmation of my plan set forth above.

☐ As of the date of this declaration, I have NOT paid all amounts that are required to be paid under a domestic support obligation that first became payable after the date of the filing of the petition.

☒ I do not owe any domestic support obligations.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __5/4/09__

Christopher Joshua Sideris
*Debtor*

---

[1] The term "domestic support obligation" is defined in 11 U.S.C. § 101(14A).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2005
Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

F 3015-1.8
Best Case Bankruptcy

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Aron Stark<br>Aron Stark, Attorney at Law<br>444 West Ocean Blvd.<br>Suite 800<br>Long Beach, CA 90802<br>562-495-7906 Fax: 562-495-7907<br>California State Bar Number: 231840<br>☒ Attorney for Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER 8:09-bk-12856 |
|---|---|
| In re<br><br>Christopher Joshua Sideris<br>Christy Gloria Clemens<br><br>Debtor(s). | **DECLARATION RE PAYMENT OF DOMESTIC SUPPORT OBLIGATIONS**[1] **(PRECONFIRMATION)**<br>Confirmation Hearing set for: 6/10/09<br>TIME: 01:30 PM |

In a joint case, each debtor must file a separate form. This declaration must be filed with the court and served on the Chapter 13 trustee not later than 10 days before the meeting of creditors pursuant to 11 U.S.C. § 341(a). Further declarations on the status of the Debtor's domestic support obligations must be filed on or before the date of <u>each hearing</u> on confirmation of the Debtor's plan. Check the appropriate boxes.

I, __Christy Gloria Clemens__ (Debtor's name), hereby declare:

☐ As of the date of this declaration, I have paid all amounts that are required to be paid under a domestic support obligation that first became payable after the date of the filing of the petition.

☐ No domestic support obligations will come due between the date of this declaration and the date set for hearing on confirmation of my set forth above.

☐ As of the date of this declaration, I have NOT paid all amounts that are required to be paid under a domestic support obligation that first became payable after the date of the filing of the petition.

☒ I do not owe any domestic support obligations.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5-4-09

Christy Gloria Clemens
*Debtor*

---

[1] The term "domestic support obligation" is defined in 11 U.S.C. § 101(14A).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2005                                                                                                                                           F 3015-1.8
Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                            Best Case Bankruptcy

| | |
|---|---|
| In re:<br>**Christopher Joshua Sideris**<br>**Christy Gloria Clemens**<br>                                                                    Debtor(s). | CHAPTER: **13**<br>CASE NUMBER: **8:09-bk-12856** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

444 W. Ocean Blvd., Suite 800
Long Beach, CA  90802

The foregoing document described **Declaration Re Payment of Domestic Support Obligations (Preconfirmation)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **5/5/2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Aron Stark:  info@pacifictaxresolution.com

Amrane Cohen:  efile@ch13ac.com

US Trustee (SA):  ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **5/5/2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Robert Kwan
US Bankruptcy Court
Ronald Reagan Federal Building
411 W. Fourth Street, Suite 5165
Santa Ana, CA  92701-4593

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **May 5, 2009** | **Jennifer Rodden** | **/s/ Jennifer Rodden** |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.