AMRANE COHEN
Chapter 13 Trustee
Orange City Square
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone: (714) 621-0200 Fax (714)(621-0277
efile@ch13ac.com



UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In Re:

CHRISTOPHER JOSHUA SIDERIS
CHRISTY GLORIA CLEMENS

AKA CHRISTY G SIDERIS

Social Security No. xxx-xx-1819   Debtor
Social Security No. xxx-xx-5237   Co-debtor

Chapter 13
Case No. 8:09-bk-12856-RK

**ORDER CONFIRMING
CHAPTER 13 PLAN**

Hearing date:   June 10, 2009
Hearing time:   1:30 PM
Courtroom       5D

Debtor's Chapter 13 Plan or modified Plan, if any, was filed on 3/31/2009, and the Plan, or the final modified Plan if any, was served on the creditors pursuant to Bankruptcy Rule 3015, and the court finding that the Plan meets the requirements of 11 U.S.C. §1325, IT IS ORDERED AS FOLLOWS:

1.  The Debtor's plan is confirmed with the following provisions:

    The plan payment amount is **$600.00**. The due date is **the end** of each month for **60** months. Interlineations contained in the Trustee's Report and Motion for Confirmation of Plan and Allowance of Fees, if any, are hereby approved and made a part of the Plan.

2.  Confirmation of the Plan is without prejudice to the rights of secured creditors with respect to post-petition defaults by the debtor.

3.  Other provisions:

    (a)    _X_ This is a base plan with the debtors paying at least **$36,000.00** of disposable income into the Plan. Debtor shall submit statements of income on a semi-annual basis to the Trustee, which income shall be reviewed by the Trustee who may petition the Court to increase the monthly plan payment for cause until such time as all allowed unsecured creditors, to the extent they are to be paid during the term of the plan, are paid 100%.

    (b)    _X_ The Trustee is authorized to make payments to holders of secured claims based on the Debtor's plan.

    (c)    _X_ Debtor's attorney is awarded fees of **$4,000.00**; having received **$2,000.00**, counsel is entitled to **$2,000.00** from the Estate

Dated: 7/24/09

_____
The Hon. ROBERT N. KWAN
United States Bankruptcy Judge

| In re: | CHAPTER 13 |
|---|---|
| CHRISTOPHER JOSHUA SIDERIS<br>16302 HOWLAND LANE<br>HUNTINGTON BEACH, CA  92647    Debtor(s). | Case No.:8:09-bk-12856-RK |

## NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information shall be filled in by the party lodging the order.
3) Category I. below: The United States trustee and case trustee (if any) will always be in this category.
4) Category II. below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief . DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify)ORDER CONFIRMING CHAPTER 13 PLAN was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 6/23/2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Amrane Cohen             efile@ch13ac.com
United States Trustee(SA)    ustpregion16.sa.ecf@usdoj.gov
ARON STARK              info@pacifictaxresolution.com

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

CHRISTOPHER JOSHUA SIDERIS
CHRISTY GLORIA CLEMENS
16302 HOWLAND LANE
HUNTINGTON BEACH, CA 92647

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears en "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by the U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below: